IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

Lowell Ladsten and Nancy Ladsten,

Plaintiffs,

vs.

W.W. Trailer Manufacturers, Inc.,

Defendant/Petitioner.

Civil File No. 00-1989-MJD/JGL

**STIPULATION OF DISMISSAL**

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN All the parties thereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs or disbursements to any of the parties, may be entered herein.

PETERSON & HEKTNER, LTD.

Thomas E. Peterson, #8640X
**Attorneys for Defendant**
145 Paramount Plaza III
7831 Glenroy Road
Minneapolis, MN 55439
(952) 921-2211

DATE:__________

PARKE O'FLAHERTY, LTD.

James R. Koby, #57198
**Attorneys for Plaintiff**
201 Main Street, 10th Floor
P.O. Box 1147
LaCrosse, Wisconsin 54601
(608) 784-1605

DATE: 7/17/01

FILED AUG 22
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 22nd day of August, 2001.

Michael J. Davis

Judge